■ In the Matter of FANTANAJIA NATALIE Y., an Infant. TROY W., Appellant; CATHOLIC HOME BUREAU FOR DEPENDENT CHILDREN, Respondent, et al., Respondents. [836 NYS2d 412]—Order, Family Court, Bronx County (Clark V. Richardson, J.), entered on or about August 14, 2006, which denied appellant's motion to vacate the fact-finding order entered February 19, 2006, upon his default, unanimously affirmed, without costs.

Appellant failed to demonstrate a reasonable excuse for his failure to appear at the fact-finding hearing (*Matter of Kristen Simone V.*, 30 AD3d 174 [2006]; *Matter of Jones*, 128 AD2d 403 [1987]). Incarcerated at the time of the hearing, appellant was repeatedly offered the opportunity to be produced for the hearing, yet admittedly refused to be produced, changing his mind with respect to his participation in the proceedings only after the hearing's completion.

We have considered appellant's remaining arguments and find them unavailing. Concur—Mazzarelli, J.P., Sullivan, Buckley, Sweeny and Catterson, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY DAUGHERTY, Appellant. [836 NYS2d 413]—Appeal from judgment, Supreme Court, New York County (Carol Berkman, J.), rendered September 14, 2005, convicting defendant, upon his plea of guilty, of criminal possession of stolen property in the fourth degree, and sentencing him to a term of one year, held in abeyance pending receipt of a supplemental appellant's brief, the motion by assigned counsel to be relieved denied without prejudice to renewal, and assigned counsel is directed to serve a supplemental brief within 60 days of this Court's order.

Counsel submitted a brief pursuant to *People v Saunders* (52 AD2d 833 [1976]), which makes no mention of the summary denial of defendant's motion to suppress evidence. Accordingly, counsel is directed to investigate that issue and file a supplemental brief addressing whether the denial of the motion presents any nonfrivolous issues that should be considered on appeal (*see People v Diaz*, 127 AD2d 511, 512 [1987]). Concur—Mazzarelli, J.P., Sullivan, Buckley, Sweeny and Catterson, JJ.